## Commonwealth ex rel. Miller, Appellant, *v.* Russell.

Submitted November 9, 1964.
*John L. Miller,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.